COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex Parte Richard Mark Bowman

Appellate case number:    01-13-01045-CR

Trial court case number:  1921607

Trial court:              County Criminal Court at Law No. 2 of Harris County

On March 4, 2014, the State filed a motion to reschedule the March 5, 2014 oral argument and a motion for extension of time in which to file appellate brief. We grant the State's motion to reschedule oral argument. The cause is rescheduled for submission on oral argument on **March 12, 2014, at 1:30 p.m.** *See* TEX. R. APP. P. 31.2 (providing that appeal in habeas corpus will be heard "at the earliest practicable time"). We grant the State's motion for an extension of time to file its brief. The State's brief is due to be filed with the Clerk of this Court no later than **March 26, 2014**. *See* TEX. R. APP. P. 31.1 (providing that appellate court may set time for filing briefs).

It is so ORDERED.

Judge's signature: /s/ Justice Terry Jennings
☑ Acting individually     ☐ Acting for the Court

Date:  March 4, 2014